IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKUR D. GANNAWAY, | : | CIVIL ACTION |
| | : | NO. 12-1156 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PRIME CARE MEDICAL, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **21st** day of **December, 2015,** upon consideration of the various pending motions in this case and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. The PrimeCare Medical Defendants' Motion for Summary Judgment (ECF Nos. 92 & 93) is **GRANTED** and all claims against moving defendants are **DISMISSED**;

2. Defendants ADAPPT, Inc., and William Tillman's Motion for Summary Judgment (ECF Nos. 97 & 98) is **GRANTED** and all claims against moving defendants are **DISMISSED**;

3. Defendant Berks County Public Defender's Office's Motion for Summary Judgment (ECF No. 99) is **GRANTED** and all claims against moving defendant are **DISMISSED**;

4. Defendant Osmer Deming's Motion for Summary Judgment (ECF No. 102) is **GRANTED** and all claims against moving

defendant are **DISMISSED**;

    5.    The Commonwealth Defendants' Motion for Summary Judgment (ECF Nos. 113 & 114) is **GRANTED** and all claims against moving defendants are **DISMISSED**;

    6.    Plaintiff's various requests for counsel throughout this case are **DENIED**;

    7.    To the extent that Plaintiff's pending filings[1] might be construed as seeking leave to take discovery, such relief is **DENIED**;

    8.    To the extent that Plaintiff's pending filings might be construed as seeking additional time to respond to the defendants' various motions for summary judgment, such relief is **DENIED**;

    9.    To the extent Plaintiff's pending filings might be construed as motions for summary judgment or for default judgment against any defendant, summary judgment and default judgment is **DENIED**;

    10.    Plaintiff's claims as to all remaining defendants[2]

---

[1] Plaintiff's recent filings include ECF Nos. 129, 130, 131, 132, 137, 142, 143, 144, 145, 146, 147, 148, 149, and 150.

[2] The remaining defendants who are dismissed are as follows: (1) Jeffrey Ditty, (2) "Lt. Fox," (3) Emil Michael Kazor, (4) Gail Kelly, (5) Teresa Law, (6) Lizhong, (7) "Marsh (Deputy Warden)," (8) John A. Palakovich, (9) April Palumbo

are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1); and

    11. The Clerk of Court is directed to mark this case as **CLOSED**.[3]

    **AND IT IS SO ORDERED.**

    /s/ Eduardo C. Robreno
    **EDUARDO C. ROBRENO, J.**

---

Rasch, (10) Mark Silidker, MD (11) Richard Southers, (12) "c/o Weaver," (13) Doris Weaver, (14) Peter Binnion, MD (15) Dr. Fisher, (16) Dr. Symons, (17) Goubran Theodore Vourstand, (18) Ted W. Williams, (19) Nicholas Stroumbakis, MD (20) William Bispels, (21) "(PHS Correctional Healthcare) Most of State Prison," (22) Bernard, (23) Sgt. Vargas, (24) Deputy Horton, (25) "Deputy," (26) "C/O Moore," (27) "Kitchen Worker Luss," and (28) E. Mosser. In addition, two Jane Does and a John Doe have not been identified and are dismissed.

[3]     All claims against all defendants have been adjudicated or dismissed.